John C. Hendricks, State Bar No. 019493
**MEAGHER & GEER, P.L.L.P.**
8800 N. Gainey Center Drive, Suite 261
Scottsdale, Arizona 85258
Telephone: (480) 607-9719
Facsimile: (480) 607-9780
jhendricks@meagher.com
*Attorneys for Defendant Church Mutual Insurance Co.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Iglesia Cristiana El Buen Pastor,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Church Mutual Insurance Company,<br><br>                    Defendant. | Case No.<br><br>**DEFENDANT CHURCH MUTUAL INSURANCE COMPANY'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1442 AND 1446**<br><br>Maricopa County Superior Court<br>Case No. CV2014-096409 |

In accordance with 28 U.S.C. §§ 1332, 1441 and 1446, Defendant ("Church Mutual") respectfully gives notice that it is removing this lawsuit from the Arizona Superior Court for Maricopa County to the United States District Court for the District of Arizona for the following reasons:

1. This is a case involving first-party insurance coverage matters. Church Mutual is entitled to remove this lawsuit to federal court because there is complete diversity of citizenship between the parties. Plaintiff Iglesia Cristiana El Buen Pastor (the "Church") is an Arizona non-profit entity with its principal operation in Mesa, Arizona. Church Mutual is a Wisconsin corporation with its principal place of business in Wisconsin. The Church and Church Mutual are the only parties to this case, so there is complete diversity of citizenship between the parties.

2. The Church served its Complaint on the Arizona Department of Insurance on November 3, 2014. 28 U.S.C. § 1446(b) provides that Church Mutual may file a Notice of Removal no later than 30 days after its receipt "through service or otherwise, of a copy of the initial pleadings setting forth the claim for relief upon which such action or proceeding is based." Church Mutual therefore has until at least December 3, 2014, to file a Notice of Removal. This Notice of Removal is therefore timely.

3. 28 U.S.C. § 1332(a) provides that the United States District Courts have removal jurisdiction over diversity cases in which the matter in controversy is in excess of $75,000, exclusive of interest and costs. In this case, the Church accuses Church Mutual of insurance bad faith because has supposedly failed to pay for "incredible … losses due to storm related conditions." *See* Complaint attached as Exhibit C ¶ 4 at 2:7-8. The Church has also filed a Certificate regarding Arbitration (copy attached as Exhibit D) that indicates that the amount in controversy is in excess of $50,000. Additionally, prior to filing suit, the Church contended that it was entitled to payment from Church Mutual of additional amounts of not less than $141,925.64. For those reasons, and although it denies liability to the Church for any amount, Church Mutual respectfully submits that the amount in controversy in this matter is in excess of $75,000, exclusive of interest and costs.

4. In accordance with 28 U.S.C. § 1446(a) and Rule 3.7 of the Rules of Practice of the United States District Court for the District of Arizona, Church Mutual certifies that it has attached as Exhibits true and correct copies of all process, pleadings, motions, or orders that it has received so far. They comprise a Notice of Service of Process (Exhibit A); Summons (Exhibit B); Complaint (Exhibit C); Certificate of Compulsory Arbitration (Exhibit D); Demand for Jury Trial (Exhibit E).

5. As required by 28 U.S.C. § 1446(d), Church Mutual will give the Church written notice of filing this Notice of Removal promptly after filing this Notice of Removal with the Court.

1   6.  As required by 28 U.S.C. § 1446(d) and Rule 3.7 of the Rules of Practice of the United States District Court for the District of Arizona, Church Mutual is also filing a copy of this Notice of Removal with the Clerk of the Maricopa County Superior Court.

THEREFORE, having satisfied all the requirements for removal set forth in 28 U.S.C. §§ 1332, 1441, and 1446, and in Local Rule 3.7, Church Mutual respectfully gives notice that it has removed this case to the United States District Court for the District of Arizona.

WHEREFORE, Defendant Church Mutual requests that this Court assume jurisdiction over this matter on removal from the Arizona Superior Court in Maricopa County

DATED this 2nd day of December, 2014.

          MEAGHER & GEER, P.L.L.P.

          By: /s/John C. Hendricks
              John C. Hendricks
              8800 N. Gainey Center Dr., Suite 261
              Scottsdale, Arizona 85258
              *Attorneys for Defendant Church Mutual Insurance Company*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  I hereby certify that on this 2nd day of December, 2014, I electronically transmitted the attached

3  document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of

4  electronic filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Jefferson
Phoenix, AZ  85003

Chad A. Schaub
Schaub Law Firm, PLLC
1755 S. Val Vista Dr., Ste. 200
Mesa, AZ  85204

I hereby certify that on this 2nd day of December, 2014, I served the attached document by mail delivery on the following as a courtesy copy:

United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Jefferson
Phoenix, AZ  85003

Chad A. Schaub
Schaub Law Firm, PLLC
1755 S. Val Vista Dr., Ste. 200
Mesa, AZ  85204

By:/s/Judy Mannino
9997831.1x